| | |
|---|---|
| **From:** | Andrew Straw |
| **To:** | MED_Joint ECF Inbox |
| **Cc:** | usame.webmaster@usdoj.gov; Andrew Straw; andrewudstraw@gmail.com |
| **Subject:** | Re: CASE FILING: NOTICE OF CLARIFICATION, Case#: 2:25-cv-00379-JAW-KFW |
| **Date:** | Tuesday, July 22, 2025 3:23:02 AM |
| **Attachments:** | NOTICE-CLARIFICATION-07222025.pdf |
| **Importance:** | High |

**CAUTION - EXTERNAL:**

Notice is attached this time.

Thank you.


Sincerely,

*[signature: Andrew U. D. Straw]*

ANDREW U. D. STRAW

**PHILIPPINES ADDRESS**

Sitio Boundary, Aniar Residence

Mapaya III Brgy.

San Jose 5101

Occidental Mindoro

The Philippines

Mobile Phone: (63) 956-892-6403

andrew@andrewstraw.com

http://www.andrewstraw.com


**USA MAILING ADDRESS**

9169 W. State ST, STE 690

Garden City, ID 83714-1733

Mobile Phone: (847) 807-5237

andrew@andrewstraw.com

http://www.andrewstraw.com


**From:** Andrew Straw <andrew@andrewstraw.com>
**Sent:** Tuesday, July 22, 2025 3:18 PM
**To:** MED_Joint ECF Inbox <MaineECFIntake@med.uscourts.gov>

Cc: Andrew Straw <andrew@andrewstraw.com>; usame.webmaster@usdoj.gov <usame.webmaster@usdoj.gov>
Subject: CASE FILING: NOTICE OF CLARIFICATION, Case#: 2:25-cv-00379-JAW-KFW

Re: *Straw v. United States*, 2:25-cv-00379-JAW-KFW (D. Me.)

FILING: Notice of Clarification Regarding Remedies Sought

Please note that this lawsuit now appears on Courtlistener.com, where docket documents can be viewed for free:

https://www.courtlistener.com/docket/70866674/straw-v-united-states/

Sincerely,

*[signature]*

ANDREW U. D. STRAW
**PHILIPPINES ADDRESS**
Sitio Boundary, Aniar Residence
Mapaya III Brgy.
San Jose 5101
Occidental Mindoro
The Philippines
Mobile Phone: (63) 956-892-6403
andrew@andrewstraw.com
http://www.andrewstraw.com

**USA MAILING ADDRESS**
9169 W. State ST, STE 690
Garden City, ID 83714-1733
Mobile Phone: (847) 807-5237
andrew@andrewstraw.com
http://www.andrewstraw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.