IN THE

# United States District Court for Maine

| | |
|---|---|
| ANDREW U. D. STRAW, ) | Case#: 2:25-cv-00379-JAW-KFW |
| *Plaintiff,* ) | |
| ) | Hon. John A. Woodcock, Jr. |
| v. ) | Judge Presiding |
| ) | Hon. Karen Frink Wolf |
| UNITED STATES ) | Magistrate Judge |
| *Defendant.* ) | BENCH TRIAL DEMANDED |

## NOTICE RE FINANCES & *IFP*

1. It may seem incredible that a person with my background would be as impoverished as I am, but there are reasons. http://service.andrewstraw.com

2. I have never been compensated for my Camp LeJeune mental illnesses or birth defects and I was excluded from the health care over where I slept at night when I was exposed *in utero* and as a baby for 19 months, 1968-1970.

3. I first started asking for the Camp LeJeune Family Member Program health coverage in 2014 for my 6 mental illnesses, all associated heavily with the autism diagnosis I have, which is heavily associated with the toxins at Camp LeJeune. This *limited* health care was passed in 2012 but denied to me, with Congress and the VA being allowed to deny health coverage to someone with CAMP LEJEUNE NAVAL HOSPITAL as his place of birth on his 1969 birth certificate, right in the middle of the toxic water time (1953-1987).

4. After 7 years of trying to get that limited health care, I was finally denied by the Federal Circuit in a manner that can only be called "deliberate

indifference" by the COURT, not making any effort at all to see the justice in giving me that health care by construing "reside" broadly rather than narrowly. *Straw v. VA*, VA# 741/PMD; BVA Docket # 16-15 216A (12/4/2018) (CLFMP); *Straw v. Wilkie*, 32 Vet. App. 374, 375 (2020); *Straw v. Wilkie*, 20-2090, 843 F. App'x 263 (Fed. Cir. 1/15/2021).

5. Since 2021 and that denial, I have paid my health costs for my own poisoning injuries out of my own SSDI benefit, which at $1,466 per month is *below* the national average and *below* the U.S. HHS poverty line for a household of 2. https://aspe.hhs.gov/topics/poverty-economic-mobility/poverty-guidelines

6. U.S. government lawyers, include DOJ lawyer Andrew Hunter, led the charge against me to make sure I would not have either the health care or the honor that goes with being recognized as a Camp LeJeune Family Member, since that is who the program was for. It is named after Janey Ensminger, who was not even born there, just lived there for a while. I was BORN THERE but I don't even get that recognition with my father serving there 19 months and me being severely injured, with my mother killed with a breast cancer that is in Track 2 of the mass CLJA litigation.

7. All equities flow to me, but most courts are biased against me and always have been since I sacrificed to the Indiana Supreme Court, where I worked. It seems sacrifice in America in service to the courts themselves is met with derision by judges who exercise every discretion, every negative argument, every policy reason AGAINST ME. That's why my expenses are not covered.

8. My father **denied** that the Marine Corps poisoned people, screaming "that;s bullshit" to my face. This was before the Janey Ensminger Act was passed, but many years after the U.S. Marine Corps Commandant said there was a problem with the drinking water. The COMMANDANT said Marines take care of each other and that is exactly what should happen here. My father never felt that kind of urgency to use his millions to help me. He has never treated me as his "eldest son" with the level of support one would expect from a successful businessman. While I was **granted his middle name**, same as his and my grandfather's, for being the next in line in this huge, mixed-up family, he has assets in the millions, and **I don't**. I have virtually none and live in a state of poverty in the jungle in the Philippines. He has disowned me after being abusive toward me as his eldest son and heir, my brother having announced to me in 2024 that I am now excluded from his will.

9. Like *I did something wrong* rather than others. Rather than *him* in exposing my mother and myself. I am literally the *scape goat*, painted black and excluded from my family. My children don't speak to me. My stepmother curses me. My ex spouse divorced me for being disabled. My brother betrayed me with my home health aide, actively injuring my emotions in 2024 even with me the estate administrator for my mother's wrongful death claim. He traveled 12 time zones to do that to me on purpose. My children don't speak to me now for a very clear reason. My father's money will go directly to them and they do

3

what he wants, clearly. Thus, **I am ostracized** by the one who chose to join, the one who had a kid on that poisoned base and **blames me** for the consequences.

10. I have no home, but I am trying to build one with my SSDI and any other money I manage to get here in Occidental Mindoro, in the jungle, which I just hand over as gifts to my fiancée (ROSANNA INDAP QUIJANO) and she does it in her name because <u>I cannot own real property here</u> as a "foreigner." *See*, *Straw v. U.S. et. al.*, 2:25-cv-00378-JAW-KFW (D.Me.).

11. I have been **denied 9/11 VCF compensation** even though I was THERE in the affected area in the weeks after that terrorism and my lungs, throat, stomach, etc., were injured with "presumptive conditions" treated by my New Zealand doctor for years. <u>www.VCF.gov</u> #0260945, **DENIED** on **May 15, 2025**.

12. When the reckless driver in Indiana nearly killed me and my Indiana Supreme Court passenger I was taking her there to work, Indiana's pathetically low driver insurance requirement meant that I bore the weight of the broken legs and pelvis with only the reckless driver's **$100,000** to pay me. My lawyer said if she had had insurance, my jury verdict would have been **$500,000**, not $100,000. Indiana law let her drive and put that weight on me. After paying my lawyer and the hospital, I was left with **$50,000**, only 10% of the value of my broken legs and pelvis.

13. So, I was paid $100,000 that I had to split and that's more than my salary was at the Indiana Supreme Court during those 23 months I worked there, from

August 2000 to July 2002. Less than $100,000. *Straw v. LinkedIn*, Dkt. 22-44. **I LOST $400,000** in sacrifice to the Indiana courts and I served all of them when I worked for the Chief Justice of Indiana and the Indiana State Court Administrator. I lost over 4x what my salary was in injuries to my bones and pain that lasts until now, 2025. The Indiana Supreme Court **did not top me up**.

14. *See: Straw v. LinkedIn*, 5:22-cv-7718-EJD (N.D. Cal. 2023) (**Dkt**. 22-28)

15. 

16. Thus, with my USMC Vietnam Veteran father so unsupportive, I am left like this. I am not even sure what he was fighting for if this is the thanks I have for **my service** to Indiana and the nation. http://service.andrewstraw.com

17. When Congress passes programs for people like me (CLJA, CLFMP, FTCA, VCF for 9/11), **I am ALWAYS passed over, denied, discriminated against**, **distinguished into deprivation**, and left in **poverty**. That is why I keep getting granted *IFP*. *In Forma Pauperis* is not an honor to me so much as evidence

that my nation, including U.S. DOJ that should have helped me so much over the years, just don't give a damn about *me or my service*. And the Indiana Supreme Court that could have topped up that $400,000 deficit, 4x my salary, but **chose not to**.

18. Courts leave me dangling in poverty, thumbing their noses at my service, and with me holding the injury bag of **someone else's crimes**. Over and over it happens and **U.S. DOJ is part of it, with the worst attitudes of all**, acting like I deserved what happened to me and that the USA owes me NOTHING. http://crimes.andrewstraw.com

19. This Court should look at the letter Justice Frank Sullivan wrote so kindly in 2001 after my car accident. I make it the first page of my CV now even though no one will hire me. The Chief Justice of Indiana **didn't write me** even though I worked for Randall T. Shepard. The State Court Administrator, Lilia G. Judson, who supervised me, **did not write me**. Only the classy and honorable Justice Frank Sullivan did so, with **humanity and kindness** that I find so rare in judges.

20. http://www.andrewstraw.com

21. And let's not forget the oppression and discrimination violence of the Indiana Supreme Court, my former employer, against my Indiana law license that **I earned while working for the Chief Justice** and every court in the state, over 400 of them. That story is very well described in the *Straw v. LinkedIn* case

6

(especially supported by **Dkts. 22-1 to 22-58**), but also my property expert explained it in helping me to get a scholarship based on my mother's breast cancer death from Camp LeJeune exposure. *See Straw v. LinkedIn*, **Dkt. 22-22**.

22. His words are worth reading: http://bernacchi.andrewstraw.com

23. That's why I keep asking this Court and others for *IFP* status. Every time it happens is a reminder of the =="perfect storm of deprivation and discrimination"== that swirls around me, always. Many times, courts are abusive when they won't give me this status, siding with Indiana and its abuses. That's why I included a discussion of "frivolous" and another about "mitigation" in a filing before this Court. *Straw v. University of Maine*, 1:25-cv-00325-JAW-KFW (D.Me. 2025) (**Dkt. 6-1, Dkt. 6-2**).

24. Honestly, I feel like Rambo in the movie *First Blood*, dishonored when service ends after earning much honor in war, in **service to others**. You could also point to Cain killing Abel in the Book of Genesis. I do compare jealous judges who ==never sacrificed like me== for their positions using those powers, those privileges, to injure me after ==my honorable service==.

25. Camp LeJeune victim without justice. 9/11 victim without justice. Reckless driver victim serving the Indiana Supreme Court with only 20% justice. And my law license, earned the very next year while working for the Chief Justice, now suspended for 8 years and 5 months for exactly ==**NO ETHICAL**==

<mark>VIOLATION</mark>. So said the Virginia State Bar, which called the Indiana attack "a drive-by shooting" and that I did not even deserve a PRIVATE REPRIMAND for attempting to expand ADA rights with federal lawsuits when I am disabled. *Straw v. LinkedIn*, **Dkt.** [22-21](#).

26. Perhaps even more than other Camp LeJeune victims, I have earned some equity thrown my way by our courts after I was abused by our legal system so regularly, as a matter of course, with U.S. DOJ always my enemy and never helping me, *ever*.

27. The Midwest judiciaries at the state and federal level only know how to disrespect me, abuse me with vagueness knowns as "frivolous," and dishonor my sacrifices, <mark>greater than theirs</mark>. I call them all the <mark>JUDGES OF CAIN</mark>.

28. And I want this court to be keenly aware of why I need *IFP* status today. My poverty is by no means my fault.

WHEREFORE, I hereby NOTIFY the Court why, even as a lawyer admitted to the Fourth Circuit U.S. Courts of Appeals bar, I can get no traction in my career, and I am left needing this *IFP status* to ask justice from this Court.

I, Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury.  Signed: July 22, 2025.

Respectfully,

*Andrew U. D. Straw*

s/ ANDREW U. D. STRAW
9169 W. State ST, STE 690
Garden City, ID 83714-1733
Mobile Phone: (847) 807-5237
andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that on <mark>July 22, 2025</mark>, I sent this **NOTICE RE IN FORMA PAUPERIS** via email to the Clerk of Court. Counsel for Defendant is the Attorney General of the United States, Hon. Pamela Bondi.

Respectfully submitted,

s/ ANDREW U. D. STRAW
*Pro Se Plaintiff*
9169 W. State ST, STE 690
Garden City, ID 83714-1733
Mobile Phone: (847) 807-5237
andrew@andrewstraw.com