IN THE

# United States District Court for Maine

| | | |
|---|---|---|
| ANDREW U. D. STRAW, | ) | Case#: 2:25-cv-00379-JAW-KFW |
| *Plaintiff*, | ) | |
| | ) | Hon. John A. Woodcock, Jr. |
| v. | ) | Judge Presiding |
| | ) | Hon. Karen Frink Wolf |
| UNITED STATES | ) | Magistrate Judge |
| *Defendant*. | ) | BENCH TRIAL DEMANDED |

### NOTICE OF DOJ RESPONSE TO CIVIL RIGHTS COMPLAINT

1. Before I filed this lawsuit, I made a complaint to the Civil Rights Division of the U.S. Department of Justice.

2. I attached my complaint as **Exhibit 1**, DOJ Record Number 637366-TXZ.

3. The Civil Rights Division refused to do anything, saying it has thousands of complaints and it just can't act on everything. **Exhibit 2** is that emailed response under the same Record Number: **637366-TXZ**.

4. This is the largest mass environmental tort in American history. It may end up being the largest lawsuit in simple dollar terms in U.S. history. But the Civil Rights Division thinks other matters are more important. I will give examples of the type of cases they take up because they post about it on their Civil Rights Division website.

5. https://www.justice.gov/crt/case-summaries

1

6. As the court can see, very few cases involve such a massive tort as Camp LeJeune **poisoning 1 million Marines and their family members**, resulting in 401,000 claims at Navy JAG and thousands of individual lawsuits like mine.

7. A sexual harassment suit in a single school district does not even come close, not remotely close to the gravity of Camp LeJeune, but that is the kind of case, miniscule in scope, that takes precedence over me and so many victims who have experienced discrimination at the hands of the U.S. DOJ and its Civil Division.

8. To be honest, the response that chooses not to act and evaluate the discrimination is simply more evidence of the U.S. DOJ and its deliberate indifference. Even the Civil Rights Division will not give its services to me when my case and my comrades' cases demand action and supervision from one part of the DOJ over another.

9. The Civil Division must be subjugated to the Civil Rights Division and it must be supervised when a Camp LeJeune victim says there is discrimination as I do.

10. Section 504 is extremely important for the Civil Rights Division in its protection of disability rights.

11. When it chooses *tiny cases* over *massive ones*, recent violations over violations lasting fully 73 years as in the case of Camp LeJeune, this just shows how right I am. DOJ doesn't care. It acts consistently with deliberate indifference.

12. This is why my demand that the Elective Option be commandeered and crafted to address all the discrimination that DOJ has engaged in against these patriotic individuals and their families. DOJ must not be allowed to get away with it AGAIN.

WHEREFORE, I hereby NOTIFY the Court about the complaint I made prior to lawsuit and the fobbing off response that exhibits so clearly the exact discrimination of which I speak. Failure to address or even examine discrimination by the Civil Division itself. Because I ask review of the DOJ for discrimination in the most massive case that is likely ever to come before DOJ, NO OTHER CASE can be more important than *my complaints*.

I, Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury.  Signed: July 23, 2025.

        Respectfully,

        *[signature: Andrew U. D. Straw]*

        s/ ANDREW U. D. STRAW
        9169 W. State ST, STE 690
        Garden City, ID 83714-1733
        Mobile Phone: (847) 807-5237
        andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that on <mark>July 23, 2025</mark>, I sent this **NOTICE** via email to the Clerk of Court. Counsel for Defendant is the Attorney General of the United States, Hon. Pamela Bondi.

Respectfully submitted,

s/ ANDREW U. D. STRAW
*Pro Se Plaintiff*
9169 W. State ST, STE 690
Garden City, ID 83714-1733
Mobile Phone: (847) 807-5237
andrew@andrewstraw.com

**EXHIBIT LIST**

- **EXHIBIT 1** – Straw's Complaint to U.S. DOJ Civil Rights Division

- **EXHIBIT 2** – Civil Rights Division Response Refusing to Act (representing more *deliberate indifference* to enforcement of Rehab Act Section 504 in the *most important case* that has ever come before that DOJ, in my view)