

# United States Department of Justice
# Civil Rights Division
civilrights.justice.gov

EXHIBIT 1

# Thank you for submitting a report to the Civil Rights Division.

**Report successfully submitted**

 Your record number is: **637366-TXZ**

**Save report**

---

# What to expect

### ① We review your report

Our specialists in the Civil Rights Division carefully read every report to identify civil rights violations, spot trends, and determine if we have authority to help with your report.

### ② Our specialists determine the next step

We may decide to:
**Open an investigation** or take some other action within the legal authority of the Justice Department.
**Collect more information** before we can look into your report.
**Recommend another government agency** that can properly look into your report. If so, we'll let you know.

In some cases, we may determine that we don't have legal authority to handle your report and will recommend that you seek help from a private lawyer or local legal aid organization.

### ③ When possible, we will follow up with you

We do our best to let you know about the outcome of our review. However, we may not always be able to provide you with updates because:
We're actively working on an investigation or case related to your report.
We're receiving and actively reviewing many requests at the same time.

If we are able to respond, we will contact you using the contact information you provided in this report. Depending on the type of report, response times can vary. If you need to reach us about your report, please refer to your report number when contacting us. This is how we keep track of your submission.

## What you can do next

### ① Contact local legal aid organizations or a lawyer if you haven't already

Legal aid offices or members of lawyer associations in your state may be able to help you with your issue.
Legal Services Corporation (or Legal Aid Offices), to help you find a legal aid lawyer in your area visit www.lsc.gov/find-legal-aid

### ② Get help immediately if you are in danger

If you reported an incident where you or someone else has experienced or is still experiencing physical harm or violence, or are in immediate danger, please call 911 and contact the police.

## Your submission

### Contact

#### Contact information

### Your name

ANDREW STRAW

### Email address

andrew@andrewstraw.com

### Phone number

+18478075237

### Address

9169 W State St # 690
-
Garden City, Idaho 83714

### Are you now or have ever been an active duty service member?

No

## Primary concern

### What is your primary reason for contacting the Civil Rights Division?

Discriminated against in a commercial location or public place

## Location

### Please choose the type of location that best describes where the incident happened

Other

-

### Where did this happen?

# Organization name

US DOJ CIVIL DIVISION

# Address

950 Pennsylvania Ave
-
Washington, District of Columbia

# Personal characteristics

## Do you believe any of these personal characteristics influenced why you were treated this way?

Disability (including temporary or recovered and including HIV and drug addiction)

# Date

## When did this happen?

8/10/2024

# Personal description

## In your own words, describe what happened

I am a Camp LeJeune victim. I am complaining about the manner in which the US DOJ Civil Division has acted toward disabled victims of the Camp LeJeune toxic water poisoning.
Please review both my individual case and the mass litigation with PLG attorneys. The government has failed to protect the rights of those with schizophrenia and bipolar, people like me, in the Tracks selection. I have found that the likelihood of bipolar is 1.8x normal and the likelihood of schizophrenia is 2.1x normal in people exposed as children and infants and in utero (like me) to the toxins at Camp LeJeune.
The Civil Division offered a lowball offer called the Elective Option with very low damage amounts offered, and only for a very small percentage of the claims. To my knowledge, out of 401,000 claims, only 59 Elective Option offers have been accepted.
To not offer full damages is disability discrimination. The DOJ is obligated to offer damages that are at least the national average when considering jury verdicts for these kinds of injuries. Anything less is discrimination when the condition complained of is a disability. Such as bipolar or schizophrenia, both absolutely covered by the Rehabilitation Act of 1973. This Act covers federal agencies and the manner of the defense has been reprehensible. People with disabilities that severe with 30x normal likelihood of suicide needed DOJ to bow down and apologize for its FTCA defense and victory in MDL-2218. Congress had to waste its time passing a NEW LAW, CLJA, to address this bad result.
To fight the victims another time with a new passed for DOJ specifically to lose, to not have the same defenses, is disability discrimination. Those without disabilities are not resisted to this intensity.

Every action by a Civil Division lawyer needs to be scrutinized now in this multi-trillion-dollar litigation that only exists because the USMC and USN poisoned people at Camp LeJeune and did not pay when they should have. Did not provide medical care to all victims.

DOJ's civil rights division needs to ensure that the disabled victims of Camp LeJeune, especially those with severe, extreme mental illnesses such as bipolar and schizophrenia, are protected from predatory and unnecessary resistance in that civil rights and tort mass poisoning litigation.

Any lawyer who intentionally opposed or limited the rights of a person in that litigation with severe mental illness needs to have a remedy from the Civil Rights Division. Every answer filed in any of those CLJA litigations should be carefully scrutinized by the Civil RIghts Division for disability discrimination. Start with mine.

Straw v. U.S., 7:23-cv-162-BO-BM (E.D.N.C.)

https://www.courtlistener.com/docket/66839685/straw-v-united-states/

Camp Lejeune Water Litigation v. U.S. (7:23-cv-00897)

https://www.courtlistener.com/docket/67266149/camp-lejeune-water-litigation-v-united-states/

FINALLY, I would ask that your office for civil rights would force the Civil Division to put bipolar disorder and schizophrenia into the next trial track that is open, Track 4. These are so severe with such life threatening consequences, they should have been in an earlier track, but DOJ didn't ask this, discriminating.

See:

http://organs.andrewstraw.com