Outlook

**Response: Your Civil Rights Division Report - 637366-TXZ from the Disability Rights Section**

From  DOJ Civil Rights - Do Not Reply <civilrightsdonotreply@mail.civilrights.usdoj.gov>
Date  Tue 07/22/2025 10:56 PM
To    Andrew Straw <andrew@andrewstraw.com>

EXHIBIT 2



U.S. Department of Justice
Civil Rights Division

civilrights.justice.gov

Dear ANDREW STRAW,

You contacted the Department of Justice on July 15, 2025. After careful review of what you submitted, we have decided not to take any further action on your complaint.

## What we did:

Team members from the Civil Rights Division reviewed the information you submitted. Based on our review, we have decided not to take any further action on your complaint. We receive several thousand reports of civil rights violations each year and cannot take direct action on every report.

Your report number was 637366-TXZ.

## What you can do:

We are not determining that your report lacks merit. Your issue may still be actionable by others - your local legal aid office may be able to help.

## To find a local office:

Legal Services Corporation (or Legal Aid Offices)

https://www.lsc.gov/find-legal-aid

## How you have helped:

While we cannot take on each individual report, your report can help us find issues affecting multiple people or communities. It also helps us understand emerging trends and topics.

Thank you for taking the time to contact the Department of Justice about your concerns. We regret we are not able to provide more help on this matter.

Sincerely,

U.S. Department of Justice
Civil Rights Division

## Contact

civilrights.justice.gov

 U.S. Department of Justice
Civil Rights Division

 (202) 514-3847
1-855-856-1247 (toll-free)

950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Telephone Device for the Deaf
(TTY) (202) 514-0716