| | |
|---|---|
| **From:** | Andrew Straw |
| **To:** | MED_Joint ECF Inbox |
| **Cc:** | Andrew Straw; andrewudstraw@gmail.com; usame.webmaster@usdoj.gov; yaakov.m.roth@usdoj.gov; pam.bondi@usdoj.gov; pam.j.bondi@usdoj.gov |
| **Subject:** | Case Filing: NOTICE, Straw v. U.S., 2:25-cv-00379-JAW-KFW (D.Me.) |
| **Date:** | Wednesday, July 23, 2025 3:47:06 AM |
| **Attachments:** | NOTICE-CIVILRIGHTSDIV-07232025.pdf |
| | EX1 - Civil Rights Division Complaint 07152025 RecNo 637366-TXZ.pdf |
| | EX2 - Civil Rights Division Response RecNo 637366-TXZ.pdf |
| **Importance:** | High |

**CAUTION - EXTERNAL:**

RE: Case Filing: **NOTICE**, *Straw v. U.S.*,  2:25-cv-00379-JAW-KFW (D.Me.)

Dear Clerk of Court,

Please find my **NOTICE** filing attached with **2 EXHIBITS**.

Thank you.

Sincerely,

ANDREW U. D. STRAW
**PHILIPPINES ADDRESS**
Sitio Boundary, Aniar Residence
Mapaya III Brgy.
San Jose 5101
Occidental Mindoro
The Philippines
Mobile Phone: (63) 956-892-6403
andrew@andrewstraw.com
http://www.andrewstraw.com

**USA MAILING ADDRESS**
9169 W. State ST, STE 690
Garden City, ID 83714-1733
Mobile Phone: (847) 807-5237
andrew@andrewstraw.com
http://www.andrewstraw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.