NAVPERS-601 (9-43)                                                    9

Name    ISAACS, Gerald Le Roy
                  (Name in full, surname to the left)

864 67 91  rate  Ptr3c    V6 SV
(Service number)

Date reported aboard  21 March 1944

70th Naval Construction Battalion
                  (Present ship or station)

USNCTC, Davisville, R. I.
                  (Ship or station received from)


Participated in the landings at OKINAWA,
Ryukyu Islands between    1 April 1945 and
13 May 1945.

                        *H.M.Powell,.*

                        H. M. POWELL
                        Executive Officer
                        By direction
                                *Hmb*


Entitled one (1) bronze star
for Okinawa Gunto operation.
AUTH: ComAmphibGro-12 ltr.
Serial 987 and AlPac 158/45.

Date transferred