IN THE

# United States District Court for Maine

| | | |
|---|---|---|
| ANDREW U. D. STRAW, | ) | Case#: 2:25-cv-00379-JAW-KFW |
| *Plaintiff,* | ) | |
| | ) | Hon. John A. Woodcock, Jr. |
| v. | ) | Judge Presiding |
| | ) | Hon. Karen Frink Wolf |
| UNITED STATES | ) | Magistrate Judge |
| *Defendant.* | ) | BENCH TRIAL DEMANDED |

## MOTION FOR COURT SERVICE OF DEFENDANT

1. The Court has graciously granted *in forma pauperis* in two of the four cases I have pending before this Court and I appreciate that. I believe my case here is exceptional in its importance and I hope *IFP* will be granted here also.

2. I invoke my docket entries, **Dkts. 1, 5, 7, 9, & 10**, which support being granted service to the United States assuming *IFP* is granted.

3. Courtlistener.com provides a free version of the docket of this case and this is the URL to it:

4. https://www.courtlistener.com/docket/70866674/straw-v-united-states/

5. It is truly a tragedy and excessively wrong that **56 years** after my mother and I were poisoned by the U.S. Marine Corps at Camp LeJeune, I still need *IFP* status to come to this Court for services. It has been offensive and galling that the U.S. DOJ has so little respect for my sacrifices and the death of my mother while I was in law school from this poisoning, her breast cancer now a **Track 2** condition in the CLJA trials, awaiting wrongful death justice since **2/26/1997**.

1

6. https://www.courtlistener.com/docket/67266149/camp-lejeune-water-litigation-v-united-states/

7. I have contacted the U.S. Attorney for Maine with NOTICE of this lawsuit and a REQUEST FOR WAIVER of summons and complaint.

8. I made that request via email on **July 21, 2025**, to the following email address:

9. usame.webmaster@usdoj.gov

10. I have had no waiver response from the U.S. Attorney for Maine.

11. Therefore, with my case for disability discrimination and even ==malice==, as I have said, against disabled victims of this poisoning, including me in particular, under the Rehabilitation Act of 1973, Section 504, my *in forma pauperis* should be granted and the Court should serve the defendant on authority of FRCP Rule 4(c)(3) and 28 U.S.C. § 1915(d) at the following address:

12. U.S. Department of Justice (DOJ)
    Robert F. Kennedy Department of Justice Building,
    950 Pennsylvania Avenue NW
    Washington, D.C., 20530

WHEREFORE, I MOVE the Court to do such service to the defendant.

I, Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury.              Signed:              **August 4, 2025**.

Respectfully,

*[signature]*

s/ ANDREW U. D. STRAW
9169 W. State ST, STE 690
Garden City, ID 83714-1733
Mobile Phone: (847) 807-5237
andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that on **August 4, 2025**, I sent this **MOTION** via email to the Clerk of Court. Counsel for Defendant is the Attorney General of the United States, Hon. Pamela Bondi.

Respectfully submitted,

*[signature]*

s/ ANDREW U. D. STRAW
*Pro Se Plaintiff*
9169 W. State ST, STE 690
Garden City, ID 83714-1733
Mobile Phone: (847) 807-5237
andrew@andrewstraw.com