IN THE

# United States District Court for Maine

| | | |
|---|---|---|
| ANDREW U. D. STRAW, | ) | Case#: 2:25-cv-00379-JAW-KFW |
| *Plaintiff*, | ) | |
| | ) | Hon. John A. Woodcock, Jr. |
| v. | ) | Judge Presiding |
| | ) | Hon. Karen Frink Wolf |
| UNITED STATES | ) | Magistrate Judge |
| *Defendant.* | ) | BENCH TRIAL DEMANDED |

## NOTICE OF ANOTHER FEDERAL GOVERNMENT AGENCY (VA) FAILURE REPRESENTING AGENCY INDIFFERENCE COUPLED WITH COURT INDIFFERENCE

1. The only way one can describe the way the federal government has avoided responsibility for poisoning Marines and the families (my family) at Camp LeJeune is to call it **"betrayal."**

2. One journalist wrote about this. Mike Magner understood the issue:

3. 

4. With my lawsuit here, I am saying that betrayal is at its zenith in the U.S. Department of Justice but other agencies and federal courts have betrayed too.

1

5. I want this Court to see how I, as a person born there and poisoned for 19 months while my father trained for Vietnam, was denied the "Camp LeJeune Family Member Program." **"CLFMP"**

6. My mother died of a breast cancer that is now a "Track 2" trial condition in the CLJA litigation.

7. On August 10, 2022, the president promised in signing this bill into law, Camp LeJeune Justice Act, that justice had now come. Congress took responsibility and gave a means to have justice.

8. None of my family's claims have prompted a settlement offer. I'm just like the other 99.9% of the victims who have been waiting MORE YEARS while DOJ fights over this again, just like it did in MDL-2218, which this law was meant to OVERTURN.

9. I asked for CLFMP to help me pay for the care I need. Like treatment for the 6 mental health problems I have that are directly related to the cardiac birth defect that is listed in my U.S. Navy Medical Records from my birth at Camp LeJeune Naval Hospital.

10. I was denied because of the word "reside" in 38 U.S.C. Section 1787, which authorizes this health program for the family members of veterans who were stationed there.

11. Veterans did not need to sleep on base. The law let them have this healthcare just by being stationed there.

12. The hair that was split was to say that someone like my father, who later had tumors of the head, torso, and arm, can have it. But because we were there at the Vietnam War surge time, 1968-1970, and the base housing was full, and we had to sleep off base while using it during the day, residence doesn't cover us.

13. By us, I mean my mother who died of one of the Track 2 cancers while I was studying at Indiana University-Maurer School of Law. By us, I mean myself with 6 mental illnesses and a whole raft of health problems my whole life, which can be viewed in *Straw v. U.S.*, 7:23-cv-00162-BO-BM (E.D.N.C.) (**Dkt. 55 – *IFP* GRANTED after frivolous review approval at Dkt. 82**):

14. https://www.courtlistener.com/docket/66839685/55/straw-v-united-states/

15. https://www.courtlistener.com/docket/66839685/82/straw-v-united-states/

16. https://www.courtlistener.com/docket/66839685/straw-v-united-states/

17. I present two exhibits for the Court to notice as well as this document. Exhibit 1 is the FEDERAL CIRCUIT's opinion dancing around the concept of residence and construing it narrowly so that I would lose.

18. My father was stationed there for 19 months and can get CAMP LEJEUNE FAMILY MEMBER status health care.

19. But his FAMILY who were poisoned, killed, maimed in the heart and brain, are not considered CAMP LEJEUNE FAMILY MEMBERS.

20. VA discriminates by narrowly construing statutes that were passed to help people like me.

21. This CLFMP was known as the Janey Ensminger Act of 2012 and was named for a little girl who lived there and got cancer and died. When I called JERRY ENSMINGER, the undisputable face of the victims' movement, and told him that **residence was being used to prevent me from having the health care named for his daughter**, he let out a loud gasp and said, "OH NO."

22. The way he said it sounded just like my last 2 words before the reckless driver hit me head on, on the way to the **Indiana Supreme Court** to work.

23. I said, "oh God."

24. This Court knows I have not had the full and righteous justice that I deserve from this ***anywhere***. That's why I need *IFP*.

25. The sad thing is that this was a remedial statute to provide health care for a violence against military family that has hurt me and mine for nearly 57 years without relief or help or compensation.

26. Exhibit 2 is the strenuous complaint I made in the Federal Register today when VA wants comments on the application form for this program.

27. Why was the Federal Circuit wrong? Remedial statutes are to be construed broadly, not narrowly, to effectuate their purpose. The purpose of this law was to cover people like me, not exclude them over a meaningless fact of where I slept.

28. I had a U.S. Supreme Court case supporting my broad view of residence. The Federal Circuit was so disrespectful, it did not even mention this case in looking the other way. *Tcherepnin v. Knight*, 389 U.S. 332, 336 (FN9) (1967): "we are guided by the familiar canon of statutory construction that remedial legislation should be construed broadly to effectuate its purposes."

29. Congress got sick of the courts not helping us. MDL-2218. That's why it passed Camp LeJeune Justice Act of 2022, 10 years later. Section 804 of the PACT Act.

30. So, now I can ask for millions of dollars for my "exposure" and "harms" but I can't ask for the health care. This is how outrageous the federal government is.

31. CLJA has a provision where victims have to pay back, offset, anything they get from the VA, which includes this health care. So, victims may get the coverage, but they have to pay it back!

32. And with my family and I having $157,000,000 in claims, how very easy it would be to pay this back.

33. But when I called VA CLFMP in 2025 again to see if they had changed their narrow, cramped view of residence, they had not. Even though my justice would require me to pay it back.

34. There is no respect, no justice, and the government resists to the very last providing any help to me for ==this wrong that sits on my chest and head== for over 56 years.

35. I have been very blunt. Not only does the federal government's executive branch discriminate and hurt the disabled Camp LeJeune victims. U.S. Courts have done so also and there is no shame or sorrow or regret when it happens, only a blank stare like they don't understand what they doing, just playing a word game when my life is not a game for them to play.

WHEREFORE, I hereby MOVE the Court to judicially notice the attached 2 exhibits.

I, Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury.  Signed: ==August 5, 2025==.

        Respectfully,

        *[signature]*

        s/ ANDREW U. D. STRAW
        9169 W. State ST, STE 690
        Garden City, ID 83714-1733
        Mobile Phone: (847) 807-5237
        andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that on August 5, 2025, I sent this **NOTICE** with **2 EXHIBITS** via email to the Clerk of Court. Counsel for Defendant is the Attorney General of the United States, Hon. Pamela Bondi.

Respectfully submitted,

*[signature]*

s/ ANDREW U. D. STRAW
*Pro Se Plaintiff*
9169 W. State ST, STE 690
Garden City, ID 83714-1733
Mobile Phone: (847) 807-5237
andrew@andrewstraw.com

## EXHIBIT LIST

- **EXHIBIT 1** – Federal Circuit decision on CLFMP.
- **EXHIBIT 2** – Federal Register comments of Andrew U. D. Straw on August 5, 2025