An official website of the United States government



Search: ⚪ Agenda ⚪ Reg Review ⚪ ICR

You are commenting on:

| OMB CONTROL NUMBER: | 2900-0822 |
|---|---|
| ICR REFERENCE NUMBER: | 202504-2900-009 |
| TITLE: | Camp Lejeune Family Member Program - Reimbursement of Certain Medical Expenses |

1  Your comment/info

current step:

2  Preview/submit comment

3  Confirmation

# Preview/submit comment

Please review the information provided carefully. Click the Previous button below to make changes or click the Submit button to submit your comment to OIRA. Submitted comments cannot be retracted. Comments submitted online will not be publicly disclosed on www.reginfo.gov until OIRA concludes their review. Only comments that have been verified by OIRA will be publicly disclosed on www.reginfo.gov when OIRA's review is completed.

**Comment:**

I was born at Camp LeJeune in the Naval Hospital in 1969 after 3 months of in utero exposure. Then, I continued to have 16 more months of exposure because that was where my father was stationed as he trained at MCAS New River from December 1968 to July 1970. My mother died of her Camp LeJeune breast cancer, now a Track 2 trial condition, in 1997.

17 years after her death, I tried to get CLFMP from VA with me living a nightmare flowing out of my CL cardiac birth defect, namely 6 more neurological and mental disabilities, including bipolar, schizophrenia, depression, anxiety, migraine headaches, and autism. Autism diagnosis makes all of these other conditions many times greater.

My legal career ground to a halt once my employer, the Indiana Supreme Court, found out that I had mental illness from my FORCED bar exam application answers.

I have been living on a below poverty income on SSDI since 2008.

Medicare has paid for some of the costs, but mostly I avoid doctors now because I can't afford any expense at all. I just take maintenance medication and hope for the best.

I have had mental health aide needs and costs and I have a service dog that has costs like vet visits and food. VA should be paying for everything.

Why doesn't it? I applied in 2014. I am a CAMP LEJEUNE FAMILY MEMBER if there ever was one.

Why did I not qualify? Because the VA says I had to sleep on base, not off base at night. I used the base like everyone else. I was BORN in the base hospital. But that bungalow where we slept a short ways into Jacksonville, NC, was used against us.

Why did we live there in the first place? Because it was the absolute height of the Vietnam War and fully half of the people using the base had to sleep off base while using it during the day because there was not enough housing for everyone in 1968-1970.

Because my father was preparing for Vietnam as part of that surge, I was then denied the health care that my poisoning should have allowed me to have.

I litigated it for years. I went to VA to apply. BVA denied me. CAVC denied me. Then the Federal Circuit said it would not apply the principle that laws like this are to be liberally construed to give effect to their remedial purpose.

They interpreted residence narrowly so that people like me, poisoned there, BORN there, are stripped of the medical care because our families were there when the nation needed us the most.

It was unpatriotic and downright wrong for the Federal Circuit to have that attitude, to deny me, a person BORN THERE. They basically told me that I am not a Camp LeJeune Family Member because of where I slept at night.

VA had the power to interpret that law broadly and chose not to. Chose to hurt me again after I have suffered the damage of exposure for my full 56 years. And I lost my mother to it while I was in law school in 1997.

Nitpicking and denying true victims of environmental military torts has become a cottage industry of the federal government. The VA plays this game and so the reviewing courts.

IT IS WRONG.

Fix your form and take a new look at residence, if you want to do something for Camp LeJeune victims.

We are still waiting for justice from the Camp LeJeune Justice Act 3 years after its passage with not even 1/10th of 1% of the victims having justice yet. All we get is discrimination from DOJ and I would say the VA too.

This is disability discrimination. See:
https://www.courtlistener.com/docket/70866674/straw-v-united-states/
www.andrewstraw.com

**Uploaded Files:**

| | |
|---|---|
| organs.pdf | 1.2MB |
| ORDER_IFP_GRANTED_CLJA-162-AndrewUDStraw_05062024.pdf | 139.9KB |
| SHORT FORM COMPLAINT AMENDED-Dkt55.pdf | 786.8KB |
| 20-2090.opinion.1-15-2021_1718161.pdf | 111.0KB |
| CV.pdf | 1.0MB |
| ServiceRecord_AndrewUDStraw_07122025.pdf | 130.6KB |

**Name:**

ANDREW U D STRAW

**Email:**

andrew@andrewstraw.com

**Phone:**

(847) 807-5237

**Affiliation:**

Children of Camp LeJeune - FOUNDER ANDREW U. D. STRAW, ESQ.

**Sponsoring Organization:**

www.andrewstraw.com

☐ You are filing a comment into an official OIRA review of an information collection. Any personal information included in your comment and/or uploaded attachment(s) may be publicly viewable on the web. I read and understand the statement above.

[Previous]  [Submit Comment]

Please see the Privacy Policy and FAQ page regarding comment submission.

Comments may be submitted to the Office of Information and Regulatory Affairs (OIRA) through www.reginfo.gov, or by any method specified in the information collection's 30-day notice published in the Federal Register, for the first 30 days of OIRA's review. Comments may be posted on www.reginfo.gov when the review is completed. The information and material(s) you submit to OIRA through www.reginfo.gov may be seen by various people. Any personally identifiable information (e.g., name, address, phone number) included with the comment or in an attached file will be provided to OIRA and may be publicly disclosed on www.reginfo.gov.







Reginfo.gov
An official website of the U.S. General Services Administration and the Office of Management and Budget

About Us | About GSA | About OIRA | Related Resources | Disclosure | Accessibility | FOIA | Privacy Policy | Contact Us

Looking for U.S. government information and services?
Visit USA.gov