| | |
|---|---|
| **From:** | Andrew Straw |
| **To:** | MED_Joint ECF Inbox; usame.webmaster@usdoj.gov; Civil.Feedback@usdoj.gov |
| **Cc:** | Andrew Straw; andrewudstraw@gmail.com; DA Veterans and Military Families Caucus ; Global Disability Caucus; Fred Aman; Provost Lauren Robel; HLS-Harvard Law Review; lawalum@iu.edu; IU Maurer School of Law Dean"s Office; iupres@iu.edu; president@purdue.edu; president@nd.edu; h1@iga.in.gov; h2@iga.in.gov; h3@iga.in.gov; h4@iga.in.gov; h5@iga.in.gov; h6@iga.in.gov; h7@iga.in.gov; h8@iga.in.gov; h9@iga.in.gov; h10@iga.in.gov; h11@iga.in.gov; h12@iga.in.gov; h13@iga.in.gov; h14@iga.in.gov; h15@iga.in.gov; h16@iga.in.gov; h17@iga.in.gov; h18@iga.in.gov; h19@iga.in.gov; h20@iga.in.gov; h21@iga.in.gov; h22@iga.in.gov; h23@iga.in.gov; h24@iga.in.gov; h25@iga.in.gov; h26@iga.in.gov; h27@iga.in.gov; h28@iga.in.gov; h29@iga.in.gov; h30@iga.in.gov; h31@iga.in.gov; h32@iga.in.gov; h33@iga.in.gov; h34@iga.in.gov; h35@iga.in.gov; h36@iga.in.gov; h37@iga.in.gov; h38@iga.in.gov; h39@iga.in.gov; h40@iga.in.gov; h41@iga.in.gov; h42@iga.in.gov; h43@iga.in.gov; h44@iga.in.gov; h45@iga.in.gov; h46@iga.in.gov; h47@iga.in.gov; h48@iga.in.gov; h49@iga.in.gov; h50@iga.in.gov; h51@iga.in.gov; h52@iga.in.gov; h53@iga.in.gov; h54@iga.in.gov; h55@iga.in.gov; h56@iga.in.gov; h57@iga.in.gov; h58@iga.in.gov; h59@iga.in.gov; h60@iga.in.gov; h61@iga.in.gov; h62@iga.in.gov; h63@iga.in.gov; h64@iga.in.gov; h65@iga.in.gov; h66@iga.in.gov; h67@iga.in.gov; h68@iga.in.gov; h69@iga.in.gov; h70@iga.in.gov; h71@iga.in.gov; h72@iga.in.gov; h73@iga.in.gov; h74@iga.in.gov; h75@iga.in.gov; h76@iga.in.gov; h77@iga.in.gov; h78@iga.in.gov; h79@iga.in.gov; h80@iga.in.gov; h81@iga.in.gov; h82@iga.in.gov; h83@iga.in.gov; h84@iga.in.gov; h85@iga.in.gov; h86@iga.in.gov; h87@iga.in.gov; h88@iga.in.gov; h89@iga.in.gov; h90@iga.in.gov; h91@iga.in.gov; h92@iga.in.gov; h93@iga.in.gov; h94@iga.in.gov; h95@iga.in.gov; h96@iga.in.gov; h97@iga.in.gov; h98@iga.in.gov; h99@iga.in.gov; h100@iga.in.gov; oig.hotline@usdoj.gov; oig.oer@ssa.gov; richard.payne@courts.IN.gov; Jim Richmond; rsppu@doj.gov.ph; rsppulegal@yahoo.com; immigph@immigration.gov.ph; immigph@gmail.com; joel.viado@immigration.gov.ph; recososlawfirm@gmail.com; civil.feedback@usdoj.com; criminal.division@usdoj.gov; indianapolis@fbi.gov; chicago@fbi.gov; Office of Judicial Integrity; ebell@edbelllaw.com; ecabraser@lchb.com; cybercrimes@usdoj.gov; yaakov.m.roth@usdoj.gov; jean.lin@usdoj.gov; ovw.jff@usdoj.gov; Jason.R.Malmstrom@usdoj.gov; nathan.j.bu@usdoj.gov; Margaux.Price@usdoj.gov; William.J.Birney@usdoj.gov; Tanya.Kirwan2@usdoj.gov; Jack.Groat@usdoj.gov; Emmanuel.Ellison@usdoj.gov; Elizabeth.Johnson@usdoj.gov; vanita.gupta19@usdoj.gov; mikemagner@cqrollcall.com; lshane@militarytimes.com; kbasu@bloombergindustry.com; news@goshennews.com; newsroom@etruth.com; cisprocessing@sbtinfo.com; vop@sbtinfo.com; sbrown@fox59.com; news57@abc57.com; wsbtnews@wsbt.com; newscenter16@wndu.com; Kara.Kenney@WRTV.com; larry.blackerby@wrtv.com; national@washpost.com; national@nytimes.com; editor@valawyersmedia.com; editor@valawyersmedia.com; debra.weiss@americanbar.org; pmanson@lawbulletinmedia.com; pmanson@lawbulletinmedia.com; aebra.coe@law360.com; lisa.ryan@law360.com; customerservice@law360.com; obsnewseditor.nd@gmail.com; ids@indiana.edu; DA Veterans and Military Families Caucus ; globalcaucuses@democratsabroad.org; info@triplenine.org; membership@triplenine.org; editor@triplenine.org; ihodge@usicd.org; info@liveunited.org; nwaters@ncsc.org; jensminger@hotmail.com; pittsborojim@gmail.com; jensminger@hotmail.com |
| **Subject:** | FILING: MOTION FOR JUDICIAL NOTICE & 2 EXHIBITS. Straw v. U.S., 2:25-cv-00379-JAW-KFW (D.Me.) |
| **Date:** | Tuesday, August 5, 2025 9:55:54 AM |
| **Attachments:** | image.png<br>MOTION-JUDNOT-VA-FedCir-08052025.pdf<br>Ex1 - 20-2090.opinion.1-15-2021_1718161.pdf<br>Ex2 - FEDREGISTER-COMMENT-08052025.pdf |
| **Importance:** | High |

**CAUTION - EXTERNAL:**

RE: FILING: MOTION FOR JUDICIAL NOTICE & 2 EXHIBITS
*Straw v. U.S.*, 2:25-cv-00379-JAW-KFW (D.Me.)

Dear Clerk of Court,

Please file the attached **MOTION** and **2 EXHIBITS** into the docket of the above case.

Sincerely,

*Andrew U. D. Straw* (signature)

ANDREW U. D. STRAW

**PHILIPPINES ADDRESS**
Sitio Boundary, Aniar Residence
Mapaya III Brgy.
San Jose 5101
Occidental Mindoro
The Philippines
Mobile Phone: (63) 956-892-6403
andrew@andrewstraw.com
http://www.andrewstraw.com

**USA MAILING ADDRESS**
9169 W. State ST, STE 690
Garden City, ID 83714-1733
Mobile Phone: (847) 807-5237
andrew@andrewstraw.com
http://www.andrewstraw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.