IN THE

# United States District Court for Maine

| | | |
|---|---|---|
| ANDREW U. D. STRAW, | ) | Case#: 2:25-cv-00379-JAW-KFW |
| *Plaintiff,* | ) | |
| | ) | Hon. John A. Woodcock, Jr. |
| v. | ) | Judge Presiding |
| | ) | Hon. Karen Frink Wolf |
| UNITED STATES | ) | Magistrate Judge |
| *Defendant.* | ) | BENCH TRIAL DEMANDED |

**MOTION FOR JUDICIAL NOTICE OF ANOTHER FEDERAL GOVERNMENT AGENCY (SSA) FAILURE REPRESENTING AGENCY DISCRIMINATION**

DECLARATIONS OF FACT AND LAW UNDER OATH IN SUPPORT

1. Federal agencies have been providing new examples left and right of refusals to properly consider my **discrimination claims** and act on them.

2. Another official refusal to take action (deliberate *nonfeasance*) to avoid discrimination and assisting a state court to perpetuate the injuries appeared in my email inbox today, from SSA. Exhibit 1 is this letter.

3. As the Court knows, Indiana Supreme Court attacked me on the basis of my disabilities explicitly in 2002 when I worked for that Court and 2014. *See*, *Straw v. LinkedIn*, 5:22-cv-7718-EJD (N.D.Cal. 2023) (**Dkts. 22-38, 22-6**):

4. https://www.courtlistener.com/docket/66619947/22/38/straw-v-linkedin-corp/

5. https://www.courtlistener.com/docket/66619947/22/6/straw-v-linkedin-corp/

1

6. https://www.courtlistener.com/docket/66619947/straw-v-linkedin-corp/

7. Even the bar exam application form required me to reveal my Camp LeJeune mental illnesses and that *Straw v. LinkedIn* docket provides this information. **Dkt. 22-36**:

8. https://www.courtlistener.com/docket/66619947/22/36/straw-v-linkedin-corp/

9. https://www.courtlistener.com/docket/66839685/55/straw-v-united-states/ (claimed Camp LeJeune caused conditions listed at **\*3-4**)

10. The Court knows that another state, Virginia, rejected the Indiana suspension which VSB made clear was initiated by the ==ADA coordinator== of the Indiana Supreme Court. *Straw v. LinkedIn*, **Dkt. 22-21**:

11. https://www.courtlistener.com/docket/66619947/22/21/straw-v-linkedin-corp/

12. By noting that it was the *ADA coordinator*, VSB was clearly implying that **disability discrimination** was the reason for that "drive-by shooting" attack on me by my former employer.

13. I have asked this Court by MOTION in another case before it to recognize VSB's ORDER as being the ==binding precedent==, *res judicata. Straw v. Avvo, Inc.*, 2:25-cv-00391-JAW-KFW (D.Me.), **Dkt. 10**:

14. https://www.courtlistener.com/docket/70915481/10/straw-v-avvo-inc/

15. It if is recognized, then the discrimination described must be recognized also and no federal agency must perpetuate such injuries.

16. The Court knows through my repeated *IFP* requests that SSA provides me with SSDI as my main source of income. *Straw v. State of Maine VR*, **Dkt. 1-3**:

17. https://www.courtlistener.com/docket/70742846/1/3/straw-v-state-of-maine-vocational-rehabilitation/

18. However, my SSDI benefit has been below the federal poverty line for my household size (2) and **below the average SSDI benefit**. Even at household size of 1, my SSDI is currently at **$1,466 monthly** while that poverty line is $15,650 per year **($1,304 monthly)**. That's only **12.4% above the poverty line**. *See*:

19. https://aspe.hhs.gov/topics/poverty-economic-mobility/poverty-guidelines

20. Average SSDI is **$1,580** in 2025 ($114 more than me) according to SSA:

21. https://www.ssa.gov/news/press/factsheets/colafacts2025.pdf

22. This below average SSDI comes after my first legal client was **a Virginia billionaire** and I earned my Indiana law license while working for the **Chief Justice of Indiana** and **serving every court in that state, over 400 of them**. *Straw v. LinkedIn*, **Dkts. 22-42, 22-44**:

23. https://www.courtlistener.com/docket/66619947/22/42/straw-v-linkedin-corp/

24. https://www.courtlistener.com/docket/66619947/22/44/straw-v-linkedin-corp/

25. My first legal client gave me a 40% raise in 1999 on passing the Virginia bar exam and being admitted as a lawyer in Virginia, as well as the Fourth Circuit U.S. Court of Appeals. His name was Alan M. Voorhees:

26. https://nap.nationalacademies.org/read/12473/chapter/54

27. Indiana's Chief Justice rewarded me not with a raise and praise at accomplishing this bar admission feat (admitted 6/7/2002) while disabled and serving 400 Indiana courts, but with *firing* 4 weeks later (7/11/2002). *Straw v. LinkedIn*, **Dkt. 22-46**:

28. https://www.courtlistener.com/docket/66619947/22/46/straw-v-linkedin-corp/

29. I am in my poverty, and with courts and agencies aligned against me, I am *alienated* from my father, my brother, my former spouse, and both my children. They don't talk to me and have injured me too. *Straw v. Straw*, 20C01-2211-CT-00230 (Elkhart Cty. Cir. Ct. #1 2023). *Divorce of Andrew U. D. Straw & Paola Voci*, 2012-012-000697 (NZ Family Ct. 8/17/2012). *See also*:

30. Straw, Andrew U. D., "Disability Law Reform Awakens the Beast: Court Corruption and Retaliation" (2022). Disability Party Journal. Vol. 1, No. 1

31. http://expertwitness.com/sites/ewdir/files/2022-01/DP_Article_2022_0.pdf

32. https://www.academia.edu/63734137/Disability_Law_Reform_Awakens_the_Beast_Court_Corruption_and_Retaliation

33. *The Lancet* has described the stigma of schizophrenia like I have from Camp LeJeune:

34. https://pubmed.ncbi.nlm.nih.gov/19376440/

35. https://pubmed.ncbi.nlm.nih.gov/36223799/

36. https://pubmed.ncbi.nlm.nih.gov/19162314/

37. While there is a fear that people with schizophrenia commit homicides, the fact is that people with schizophrenia are at enormous risk of violent crime against them as victims.

38. https://pubmed.ncbi.nlm.nih.gov/26360576/

39. The discrimination against me by the current Chief Justice of Indiana, who wrote the bogus suspension order, is clearly motivated by her fear of people with schizophrenia, since someone with schizophrenia broke into her house and attempted to kill her husband. *Swaynie v. Indiana State Prison Superintendent*, 3:2008-cv-00122 (N.D. Ind. 2010) (**Dkt. 19**)

40. https://law.justia.com/cases/federal/district-courts/indiana/inndce/3:2008cv00122/53773/19/

41. But, um, **that wasn't me**. I have **no criminal background**. I am lawyer in good standing with a U.S. Court of Appeals. I deserved ***rehabilitation*** and ***protection***, not all of this ==government disability hate and teasing==.

42. All I have done is SERVE America's courts and the legal system, make them better, more accessible disabled people, and I demand disability rights to be given ==full life==, not just life support, barely surviving like I do.

43. Just because I shared the same medical trait does not allow the Chief Justice of Indiana to hurt me the way she has, deliberately, with federal approval.

44. I had to declare bankruptcy; my income was so low on SSDI. *Bankruptcy of Andrew U. D. Straw*, 20-465-ELG (D.DC 4/24/2021) (GRANTED)

45. I do mention family alienation that was caused by Camp LeJeune injuries to me in my **CLJA Short Form Complaint** (bottom of page *4), *Straw v. United States*, 7:23-cv-00162-BO-Bm (E.D.N.C.) **Dkt. 55, p. 4**:

46. https://www.courtlistener.com/docket/66839685/55/straw-v-united-states/

47. I told SSA that my SSDI was calculated so low because Indiana Supreme Court discriminated and injured my ability to work as a matter of discrimination and **social death, stigma**, wrecking my income for many years. I attach as **Exhibit 2** my SSA income statement over many years to show exactly what Indiana caused. Many years of zero income with a few blips.

48. I said my SSDI needed to take into account the Court discrimination and reevaluate what my benefit should be without that discrimination as if my employment there had not ended. My salary in 2002 when I was fired was over $53,000 per year after COLAs were granted by the Chief Justice of Indiana. I was hired at $51,000 per year. *See, Straw v. LinkedIn*, **Dkt. 22-44**:

49. https://www.courtlistener.com/docket/66619947/22/44/straw-v-linkedin-corp/

50. I made quite clear that my intent was to say **SSA was colluding with Indiana's discrimination** and its very real effects on my career by calculating my salary history so low that was injured by Indiana's discrimination. Thus, SSA was

also injuring me with in collusion with that state court. The Rehabilitation Act of 1973, Section 504, does not allow any agency to do that, including SSA.

51. SSA's OGC responded today with a letter, **Exhibit 1**, that washed its hands of Indiana's discrimination and left my SSDI just as low as ever, not wanting to do *anything to help me*. That's more deliberate, intentional discrimination.

52. Notice is necessary because it helps establish the pattern of denials of Camp LeJeune justice with <u>discrimination on top</u> that makes those injuries even more pronounced over time.

53. The federal government clearly likes me to <u>suffer all the effects</u> of my Camp LeJeune injury wherever it may seep into my life, including in federal government programs like SSDI that are meant to HELP people with disabilities, *not crush them further*.

54. Those Camp LeJeune mental illnesses have caused me to lose employment, experience state court discrimination and federal agency discrimination, and now ==my SSDI is lower than the national average== because all of that will not be considered by SSA.

55. That's deliberate discrimination just like when the VA excluded me from health care as a Camp LeJeune Family Member (**Dkt. 13** here) and DOJ discriminated in the way it has conducted itself in the CLJA litigation (and earlier acts against the victims over many years) and Camp LeJeune programs

7

like the Elective Option (EO) settlement offer, which is discriminatory as clear ==“teasing.”==

56. There is an amazing consistency to how state and federal entities discriminate and cause **injury without relief** on top of **poisoning me and my family**.

57. Kicking someone while they are down is **disability discrimination** and I must oppose it in all of its ugly forms, including my ==below average SSDI calculation==.

58. My SSDI benefit letter, dated **June 5 2025**, is already in a court docket before this Court. *Straw v. State of Maine Vocational Rehabilitation*, 1:25-cv-00350-JAW-KFW (D.Me.) (**Dkt. 1-3**):

59. https://www.courtlistener.com/docket/70742846/1/3/straw-v-state-of-maine-vocational-rehabilitation/

60. I would also inform the Court that even this tiny benefit is under attack from time to time. SSA asked me to file a form stating my correct address, *inter alia*, last year like it often does. I sent the form ==3 different ways==, promptly, one by directly mailing it to the SSA office in Maryland. But SSA STILL acted as though I had not updated my contact information and ==suspended this meagre SSDI in February 2025==, right after President Trump was inaugurated.

61. I spent several days on the phone with SSA, waiting hours to get through on the phone and finally someone at the FBU office in Manila called me and updated the information over the phone, ==apologizing for the errors== and reinstating my benefit, which was admitted to have been ==wrongly suspended==.

62. My suffering over those days without money in **February 2025** was not compensated at all.

63. This just shows how absolutely precarious my life is, hanging by an SSDI thread in poverty *without justice* for my poisoning and a federal government that **plays with my life**, U.S. DOJ *mocking me* and *teasing me* and leaving me in this state, wholly unjustified and without the assistance the federal government, including its courts, owes me.

64. I was extremely upset when my SSDI was not paid after being on the benefit since 2008 and wound up not being able to afford my schizophrenia medication or food for several days. It aggravated my schizophrenia. I was unable to sleep at one point for 4 days in a row and wound up in the ER of Batangas Medical Center with my service dog, Curly Straw. I prefer her to have food over me.

65. 

66. I dropped my graduate classes at University of Maine as a result of the stress. *Straw v. University of Maine*, 1:25-cv-00325-JAW-KFW (D.Me. 2025):

67. https://www.courtlistener.com/docket/70580597/straw-v-university-of-maine/

68. https://www.courtlistener.com/docket/70580597/1/3/straw-v-university-of-maine/

69. These exhibits and documents are relevant to my case here because they tend to show the ==consistency of the discrimination across several agencies==, just like what I raised about VA and DOJ. I say DOJ and VA and SSA all did it.

70. I also have Medicare because of being on SSDI for over 24 months since 2010 (I am up to about 18 years of SSDI), but Medicare doesn't work in the Philippines. So, I pay for my psychiatric medication *out of my SSDI payment*, which is so unjust. That's because I am denied CLFMP. **Dkt. 13**.

71. Camp LeJeune poisoning serves to reveal all of these discriminatory cracks in the federal government edifice. Even programs that purport to provide "Security" like Social *Security* Administration, don't do so. They tease and cause problems and stress to this Camp LeJeune poisoning victim.

72. The ==desire to say no to me==, find any reason to do so, and leave me in this state is criminal, discrimination, and violates me as a human being. It violates Rehabilitation Act of 1973, Section 504, every single time, and the collusion of federal and state agencies to harm me and deny me is one big ==meta-theme==.

73. It hurts me as ==a disabled person== by keeping me in poverty and humiliating me over and over again.

74. It hurts me as ==a lawyer== by letting a state court ruin me with no way to challenge it.

75. It hurts me as an ==advocate and civil rights leader== because me being in poverty and without justice ==mutes me==.

76. It makes it harder for me to advocate for the Children of Camp LeJeune group that I founded in 2015 that has 518 followers. I am limited to free social media.

77. https://web.facebook.com/groups/ChildrenofCampLeJeune

78. It hurts my "Disability Party" that I founded in 2013 because I have no resources to expand that party. I am limited to free social media.

79. https://web.facebook.com/DisabilityParty

80. And even Facebook and Avvo decided to hurt me, breaching my contract with Avvo and Facebook shut down my advocacy page without reason and only restored it after I filed a federal lawsuit.

81. https://www.courtlistener.com/docket/70915481/straw-v-avvo-inc/

82. https://www.courtlistener.com/docket/69430377/straw-v-facebook/

83. LinkedIn did much the same thing, restoring my account after shutting it down because I overtly ==opposed the Indiana ban on disabled people being active lawyers in Indiana== by posting this URL: http://ban.andrewstraw.com

11

84. LinkedIn settled with me after months of litigating.

85. https://www.courtlistener.com/docket/66619947/straw-v-linkedin-corp/

86. Hurting me is not just hurting an individual. It is a concerted state and federal government attempt *to oppress everything I represent*. I have proven that ADA Title II violations can intertwine with Rehabilitation Act of 1973, Section 504, violations. It only makes sense that discrimination is all over the place given who Congress made its findings in these two laws. I am just demonstrating that this systemic discrimination finding by CONGRESS was absolutely and 100% correct in every single way because ==it happened to me==. 42 U.S.C. Section 12201 *et. seq.*:

87. https://www.law.cornell.edu/uscode/text/42/12101

WHEREFORE, I hereby MOVE the Court to judicially notice the attached **Exhibits 1 & 2** as yet more evidence of federal agency disability discrimination, a consistent pattern across the federal government that I keep experiencing. It should notice all the other official documents in court records also that I mention above with proofs, URLs and case dockets.

I, Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury. Signed: August 6, 2025.

                                      Respectfully,

                                      *[signature]*

                                      s/ ANDREW U. D. STRAW
                                      9169 W. State ST, STE 690
                                      Garden City, ID 83714-1733
                                      Mobile Phone: (847) 807-5237
                                      andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that on **August 6, 2025**, I sent this **MOTION FOR JUDICIAL NOTICE** with **2 EXHIBITS** via email to the Clerk of Court. Counsel for Defendant is the Attorney General of the United States, Hon. Pamela Bondi.

Respectfully submitted,

*[signature: Andrew U. D. Straw]*

s/ ANDREW U. D. STRAW
*Pro Se Plaintiff*
9169 W. State ST, STE 690
Garden City, ID 83714-1733
Mobile Phone: (847) 807-5237
andrew@andrewstraw.com

## EXHIBIT LIST

- ➢ **EXHIBIT 1** – SSA OGC letter refusing to act on SSA perpetuation of Indiana discrimination

- ➢ **EXHIBIT 2** – SSA Lifetime Income Statement

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that on **August 6, 2025**, I sent this **MOTION FOR JUDICIAL NOTICE** with **2 EXHIBITS** via email to the Clerk of Court. Counsel for Defendant is the Attorney General of the United States, Hon. Pamela Bondi.

Respectfully submitted,

*[signature: Andrew U. D. Straw]*

s/ ANDREW U. D. STRAW
*Pro Se Plaintiff*
9169 W. State ST, STE 690
Garden City, ID 83714-1733
Mobile Phone: (847) 807-5237
andrew@andrewstraw.com

**EXHIBIT LIST**

- ➢ **EXHIBIT 1** – SSA OGC letter refusing to act on SSA perpetuation of Indiana discrimination
- ➢ **EXHIBIT 2** – SSA Lifetime Income Statement