

**SOCIAL SECURITY**
Office of the General Counsel

July 25, 2025

Andrew Straw
Adriatico St L1 B10
San Isidro Vill Phase 2
San Isidro BRGY
Batangas, Philippines 4200

Andrew@andrewstraw.com

Re:  Program Discrimination Complaint, Docket 25-246027; Filed March 5, 2025

Dear Andrew Straw:

The Social Security Administration (SSA) Office of the General Counsel (OGC) received the above-referenced complaint. In your complaint, you alleged that you were discriminated against based on mental disability because the Indiana Supreme Court fired you for having bipolar disorder, which severely impacted your earnings and reduced your Social Security Disability Insurance Benefits. After carefully reviewing the content of the complaint, we are not authorized to investigate the case as a civil rights matter because OGC does not have jurisdiction over what the complaint raised.

An individual may file a complaint of program discrimination if that individual believes that SSA, its employees, or its agents took an action in an SSA program or activity that discriminated on the basis of disability, race, color, national origin, age, sex, religion, or in retaliation for having participated in a civil rights proceeding under this complaint process.

A disagreement with an SSA determination regarding benefits or SSA's adjudicatory process is not, by itself, a basis for a claim of discrimination. If there is a disagreement about a decision made on a claim for benefits, that decision must be timely appealed according to the procedure described in the notice of appeal rights that accompanies the decision. We do not have jurisdiction to review the merits of a claim for benefits under SSA's programs or to alter a benefits decision or any decision by an ALJ.

We are obligated to close this complaint because we lack jurisdiction over the content of the complaint, as your allegations involve individuals who are not employed by SSA. We have closed this matter and will take no further action.

Sincerely,

Program Complaint Intake Staff
Social Security Administration