UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ANDREW U. D. STRAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:25-cv-00379-JAW |
| | ) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE, ISSUING
*COK* WARNING, AND CERTIFYING AGAINST APPEAL**

No objection having been filed to the Magistrate Judge's Recommended Decision After Preliminary Review, filed August 13, 2025 (ECF No. 16), the Court reviewed the Recommended Decision de novo and accepts the Magistrate Judge's recommendation for the reasons set forth in the Recommended Decision. Thus, having performed a de novo review pursuant to 28 U.S.C. § 363(b)(1)(B), the Court AFFIRMS Recommended Decision After Preliminary Review (ECF No. 16) and accordingly DISMISSES Andrew U. D. Straw's Complaint (ECF No. 1), and DISMISSES as moot his Motion for Court Service of Defendant (ECF No. 12) and Motion for Judicial Notice (ECF No. 14).

Also consistent with the Magistrate Judge's recommendation, the Court CERTIFIES that an appeal from this order would not be taken in good faith, given the obvious infirmities in the complaint and the clear absence of federal jurisdiction.

Finally, the Court discussed in *Andrew U.D. Straw v. AVVO Inc.,* No. 2:25-cv-00391-JAW, *Order on Recommended Decision and Objection* (ECF No. 23) (*AVVO Order*) the unfortunate fact is that Mr. Straw has become a serial filer of frivolous lawsuits in the District of Maine. *Id.* at 14-16. From June 17, 2025 through July 25, 2025, he filed five lawsuits in the District of Maine. *See Straw v. Univ. of Me.*, No. 1:25-cv-00325-JAW, *Straw v. State of Me. Vocational Rehabilitation*, No. 1:25-cv-00350-JAW, *Straw v. United States*, No. 2:25-cv-00378-JAW, *Straw v. United States*, 2:25-cv-00379-JAW, and *Straw v. AVVO Inc.*, No. 2:25-cv-00391-JAW. Two have been dismissed; one voluntarily by Mr. Straw, *Straw v. Univ. of Me.*, *Notice of Voluntary Dismissal* (ECF No. 14), and the other by the Court on jurisdictional grounds. *Straw v. AVVO Inc.*, *Order on Recommended Decision* (ECF No. 23). With this order, a third case will be dismissed. The Magistrate Judge is now screening Mr. Straw's two remaining lawsuits: one against the Maine Vocational Rehabilitation agency, *Straw v. State of Me. Vocational Rehabilitation*, *supra*, and the other against the United States and the Republic of the Philippines, *Straw v. United States*, under 28 U.S.C. § 1915(e)(2)(B) to determine whether they may proceed. As the Court observed in *AVVO*, "Mr. Straw's past history of over 150 civil actions in other federal courts combined with his recent history of five new civil actions in this District . . . convince the Court that he is a serial litigator. *AVVO Order* at 15.

Consistent with *Cok* and its requirement to warn litigants of potential filing restrictions, the Court WARNS the Plaintiff that filing restrictions may be in the offing if he continues to file frivolous actions in this Court. *Cok*, 985 F.2d at 35.

Specifically, the Court "will contemplate a filing restriction limiting his right to file diversity-based lawsuits and lawsuits barred by the doctrine of res judicata against the parties and based on facts previously dismissed with prejudice." *AVVO Order* at 16.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 24th day of September, 2025.